**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**JAMES E. WHITE, ET AL.**                                                                               **PLAINTIFF**

**vs.**                              **CASE NO. 4:08CV00212 JMM**

**CHESAPEAKE EXPLORATION**
**LIMITED PARTNERSHIP**                                                                                  **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiffs' Motion to Dismiss based upon a settlement by the parties is granted (#7). The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this __12__ day of __June__, 2008.

_____
James M. Moody
United States District Judge